**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO JOE'S TEA ROOM, LLC an Illinois Limited Liability Company and PERVIS CONWAY, ) ) ) | |
| Plaintiffs, ) ) | Case No. 07C 2680 |
| v. ) ) | Judge Gottschall |
| THE VILLAGE OF BROADVIEW, an Illinois Municipal Corporation, HENRY VICENIK, FITZGERALD MULLINS, JAMES JOHNSON, JR., ROBERT PAYNE, MICHAEL TYL, JOHN FERGUSON, SAM D'ANZA, BEVERLY KEEHM, JUDY ABRAHAM, BILLY DAVIS, JUANITA HINTON JOHNSON, MINNIE REESE, and RAY DONATO, ) ) ) ) ) ) ) ) ) | Magistrate Judge Mason |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants THE VILLAGE OF BROADVIEW, HENRY VICENIK, FITZGERALD MULLINS, JAMES JOHNSON, JR., ROBERT PAYNE, MICHAEL TYL, JOHN FERGUSON, SAM D'ANZA, BEVERLY KEEHM, JUDY ABRAHAM, BILLY DAVIS, JUANITA HINTON JOHNSON, MINNIE REESE, and RAY DONATO, (collectively "Defendants") by their attorneys, Michael Roth and Jenée M. Straub of Ice Miller, LLP, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor. In support hereof, Defendants state that there is no genuine issue of material fact and Defendants are entitled to partial summary judgment in their favor on Plaintiffs' claims. For a further exposition of the grounds for this Motion, Defendants refer the Court to their Local Rule 56.1 Statement of Facts and their Memorandum In Support of this Motion, filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that the Court enter an order granting partial summary judgment in favor of Defendants THE VILLAGE OF BROADVIEW, HENRY

VICENIK, FITZGERALD MULLINS, JAMES JOHNSON, JR., ROBERT PAYNE, MICHAEL

TYL, JOHN FERGUSON, SAM D'ANZA, BEVERLY KEEHM, JUDY ABRAHAM, BILLY

DAVIS, JUANITA HINTON JOHNSON, MINNIE REESE, and RAY DONATO.

                        Respectfully submitted,

                        THE VILLAGE OF BROADVIEW, HENRY VICENIK, FITZGERALD MULLINS, JAMES JOHNSON, JR., ROBERT PAYNE, MICHAEL TYL, JOHN FERGUSON, SAM D'ANZA, BEVERLY KEEHM, JUDY ABRAHAM, BILLY DAVIS, JUANITA HINTON JOHNSON, MINNIE REESE, and RAY DONATO,


                      By: _____ /s/ Jenée M. Straub _____
                              One of their attorneys

Michael Roth, Esq. (# 3126371)
Jenée M. Straub, Esq. (#6270698)
Ice Miller, LLP
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
630.955.0555
630.955.0662 (fax)

C/58359.1

2

**CERTIFICATE OF SERVICE**

I, Jenee M. Straub, an attorney, certify that a copy of Defendants' Motion for Summary Judgment was served upon the attorneys of record via electronic filing through the CM/ECF filing system from 2300 Cabot Drive, Suite 455, Lisle, IL 60532 on November 5, 2007.

/s/ Jenée M. Straub
Jenée M. Straub