# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chicago Joe's Tea Room, LLC, et al.

                                                Plaintiff,

v.                                                                              Case No.: 1:07−cv−02680

                                                                                    Honorable John Z. Lee

Village of Broadview, The, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 20, 2021:

      MINUTE entry before the Honorable John Z. Lee: Defendant's motion to reset 12/21/21 hearing date [967] is granted. Counsel are to confer and provide to the Courtroom Deputy by 12/23/21 three potential dates and times for a hearing in the next several weeks. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.